

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-8-2003

# Freethought Society v. Chester

Precedential or Non-Precedential: Non-Precedential

Docket No. 02-1765

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Freethought Society v. Chester" (2003). *2003 Decisions.* Paper 385.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/385

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 02-1765
_____

FREETHOUGHT SOCIETY, of Greater Philadelphia;
SALLY FLYNN

v.

CHESTER COUNTY; COLIN A. HANNA;
KAREN L. MARTYNICK; ANDREW E. DINNIMAN;
each of whom is sued in their official capacities
as CHESTER COUNTY COMMISSIONERS,

Appellants

_____

On Appeal From the United States District Court
For the Eastern District of Pennsylvania
(D.C. Civ. No. 01-cv-5244)
District Judge: Honorable Stewart Dalzell

_____

Before: BECKER, BARRY and BRIGHT[*], Circuit Judges

_____

ORDER AMENDING OPINION
_____

The slip opinion filed on June 26, 2003, in the above case is amended as follows:

_____

[*]The Honorable Myron H. Bright, United States Circuit Judge for the Eighth Circuit Court of Appeals, sitting by designation.

On page 37, the cite to *King v. Richmond* should be 2003 U.S. App. LEXIS 10943.


BY THE COURT:



/s/ Edward R. Becker
Circuit Judge


DATED: July 8, 2003